UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| XIAOLIANG MOU,<br><br>      Plaintiff,<br><br>v.<br><br>BTC KING TECHNOLOGY CO., LTD. (d/b/a "BKEX"), and JI JIAMING,<br><br>      Defendants. | Case Number 1:26-cv-1311<br><br>Judge Colleen McMahon |

**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(F)(3) AND 4(H)(2)**

Upon consideration of Plaintiff's Motion for Alternative Service pursuant to Federal Rule of Civil Procedure 4(f)(3) and 4(h)(2), the accompanying Memorandum of Law, the Declaration of Xiaoliang Mou, and all prior proceedings in this action, and the Court finding that:

1. Defendant Ji Jiaming and BTC King Technology Co., Ltd. are located outside the United States;

2. Plaintiff has exercised reasonable diligence in attempting to identify reliable physical addresses for service;

3. The addresses of Defendants are not known within the meaning of the Hague Convention;

4. The proposed methods of service are not prohibited by international agreement; and

5. The proposed methods are reasonably calculated to provide actual notice and satisfy constitutional due process;

**IT IS HEREBY ORDERED** that:

1. Plaintiff is authorized to serve Defendant Ji Jiaming by:

    a. Email to jm820650860@gmail.com

    b.  WhatsApp message to: +81 90-3182-1439

    c.  Direct message to X (formerly Twitter) account: https://x.com/Moonsedrf

2.  Plaintiff is authorized to serve Defendant BTC King Technology Co., Ltd. (d/b/a "BKEX") by:

    a.  Direct message to X (formerly Twitter) account: https://x.com/BKEXGlobal

    b.  Direct message to LinkedIn account: https://www.linkedin.com/company/bkex-com/

    c.  Direct message to Instagram account: https://www.instagram.com/bkexglobal/

3.  Service shall be deemed effective upon transmission of the Summons and Complaint (and all supporting papers) through the above-authorized methods.

4.  Proof of such service shall be filed on the docket within fourteen (14) days of transmission.

SO ORDERED.

Dated: /8  March , 2026
New York, New York

HON. COLLEEN McMAHON
United States District Judge
Southern District of New York

2