

**FREEDMAN**
**NORMAND**
**FRIEDLAND**

April 8, 2026

*MEMO ENDORSED*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007-1312

*Conference adjourned to 5/21/2026 at 10:15 AM.*

Re:   *Mou v. BTC King Technology Co., Ltd. et al.*, No. 1:26-01311

Dear Judge McMahon:

*Colleen McM*
*4/8/2026*

Pursuant to Section I.D of Your Honor's Individual Practices and Procedures, Plaintiff Xiaoliang Mou ("Plaintiff") and Defendant Ji Jiaming ("Defendant") jointly and respectfully request an adjournment of the initial conference in this matter.

The initial conference is scheduled for April 9, 2026. Counsel for Defendant first appeared on April 2, 2026 (ECF No. 19), and on April 6, 2026, the Court granted a stipulation extending Defendant's time to respond to the complaint through April 29, 2026 (ECF No. 21).

Due to a long-scheduled expert deposition conflict, Defendant's counsel is unavailable on April 9, 2026. The parties respectfully request that the conference be rescheduled to the week of May 18, 2026, or at such other time as may be convenient for the Court.

We thank the Court for its consideration of this request and apologize for any inconvenience.

Respectfully submitted,

*/s/ Richard Cipolla*
Richard Cipolla

Cc:   Thomas Liam Murphy

Freedman Normand Friedland LLP

225 Franklin St., 26th Floor, Boston, MA 02110   |   (t) 617.374.3700 (f) 646.392.8842   |   www.fnf.law